27 A.3d 1212

IN THE MATTER OF A. BRET STEIG, AN ATTORNEY
AT LAW (ATTORNEY NO. 039911992).

October 6, 2011.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 11–076, concluding that **A. BRET STEIG** of **ROSELAND,** who was admitted to the bar of this State in 1992, should be reprimanded for violating *RPC* 1.15(a) (failure to safeguard client funds) and *RPC* 1.15(d) (failure to comply with recordkeeping provisions of *Rule* 1:21–6);

And the Disciplinary Review Board having further concluded that respondent should be required to submit monthly reconciliations of his attorney accounts to the Office of Attorney Ethics on a quarterly basis for a period of two years;

And the Court having determined that an admonition together with conditions is the appropriate quantum of discipline for respondent's unethical conduct;

And good cause appearing;

It is ORDERED that **A. BRET STEIG** is hereby admonished; and it is further

ORDERED that respondent shall provide monthly reconciliations of his attorney accounts to the Office of Attorney Ethics on a quarterly basis, for a period of two years and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.